# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CHRISTOFORO'S NORTHFORD GARDENS, INC.

VS.   CASE NUMBER: 3:01-CV-00937-AHN

PLATTE CHEMICAL CO., UAP NORTHEAST,
GOVAN COMPANY, UAP PUEBLO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Counter Claimant - UAP Northeast

| | |
|---|---|
| 9-22-06 | _(signature)_ |
| **Date** | **Signature** |
| CT02647 | Richard A. LoRicco, Jr. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-865-3123 | 216 Crown Street |
| **Telephone Number** | **Address** |
| 203-865-2881 | New Haven, CT 06510 |
| **Fax Number** | |
| Rich@LTLLAW.COM | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED CERTIFICATION PAGE.

_(signature)_
Signature Richard A. LoRicco, Jr.
Commissioner of Superior Court

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOFORO'S NORTHFORD
GARDENS, INC.                    : CIVIL ACTION No.: 3:01-CV00937-AHN

VS.                              :

PLATTE CHEMICAL CO.,             :
UAP NORTHEAST, GOVAN
COMPANY, UAP PUEBLO              : SEPTEMBER 22, 2006


## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, this **22nd** day of **September, 2006** to the following:

Jonathan s. Katz, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT   06503-0606

Andrew F. Fink, Esq.
Carron & Fink
Peppermill Place Office Building
1698-A Post Road East
Westport, CT   06880-9991

Joann Zimolzak
McKenna, Long & Aldridge
1900 K St., NW
Washington, DC   20006

Karen L. Wagshul, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT   06904

Lora A. Brzezynski, Esq.
McKenna, Long & Aldridge
1900 K St., NW
Washington, DC  20006

Margaret J. Slez, Esq.
Carron & Fink
Peppermill Place Office Building
1698-A Post Road East
Westport, CT  06880-9991

Steven I. Frenkel
Cummings & Lockwood
Six Landmark Square
Stamford, CT  06901

Todd Suko, Esq.
United Agri Products
In-House Counsel
4687 W. 18th St.
Greely, CO  80634-3216

Sig. _____
       Richard A. LoRicco, Jr., Esq.