FILED

2007 JUN 11  P 12: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATE DISCTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOFORO'S NORTHFORD GARDENS, INC. | : CIVIL ACTION NO.: 3:01-CV-00937-AHN |
| VS. | : |
| PLATTE CHEMICAL CO., UAP NORTHEAST, GOVAN COMPANY, UAP PUEBLO | : JUNE 8, 2007 |

ADDRESS OF COURT:
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT  06604

## SATISFACTION OF JUDGMENT

THIS IS TO CERTIFY that the Judgment and costs have been satisfied in the above-entitled action.

THE DEFENDANT/COUNTER-
CLAIM PLAINTFF,
UAP NORTHEAST

BY: _____
Richard A. LoRicco, Jr.
LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502
New Haven, CT 06510
(203) 865-3123/Juris #:  417196

**CERTIFICATION:**

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, this 8th day of **June, 2007** to the following:

Jonathan S. Katz, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT   06503-0606

Andrew F. Fink, Esq.
Carron & Fink
Peppermill Place Office Building
1698-A Post Road East
Westport, CT   06880-9991

Joann Zimolzak
McKenna, Long & Aldridge
1900 K St., NW
Washington, DC   20006

Karen L. Wagshul, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT   06904

Lora A. Brzezynski, Esq.
McKenna, Long & Aldridge
1900 K St., NW
Washington, DC   20006

Margaret J. Slez, Esq.
Carron & Fink
Peppermill Place Office Building
1698-A Post Road East
Westport, CT   06880-9991

Steven I. Frenkel
Cummings & Lockwood
Six Landmark Square
Stamford, CT  06901

Todd Suko, Esq.
United Agri Products
In-House Counsel
4687 W. 18th St.
Greely, CO  80634-3216

Sig_____
    Richard A. LoRicco, Jr., Esq.